IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY<br>One Hartford Plaza<br>Hartford, CT 06155,<br><br>   Plaintiffs,<br><br>v.<br><br>AZIYO BIOLOGICS, INC.<br>12510 Prosperity Drive<br>Suite 370<br>Silver Spring, Maryland 20904<br>(Montgomery County, Maryland),<br><br> Serve on:<br><br> Jeff Hamet<br> 12510 Prosperity Drive<br> Suite 1-370<br> Silver Spring, Maryland 20904,<br><br>  and<br><br>MCGRIFF INSURANCE SERVICES, INC.<br>3605 Glenwood Avenue<br>Raleigh, North Carolina 27612<br><br> Serve on:<br><br> CSC-Lawyers Incorporating Service Company<br> 7 St. Paul Street, Suite 820<br> Baltimore, Maryland 21202,<br><br>   Defendants. | Case No. 8:22-cv-02500-AAQ |

**NAVIGATORS SPECIALTY INSURANCE COMPANY**
**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

  Defendant Navigators Specialty Insurance Company, by its undersigned counsel, makes the following disclosure pursuant to Local Rule 103.3:

  Navigators Specialty Insurance Company, a New York corporation, is wholly owned by Navigators Insurance Company, also a New York corporation. Navigators Insurance Company is wholly owned by The Navigators Group, Inc., a Delaware corporation. The Navigators Group,

Inc. is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock.

Navigators Specialty Insurance Company is not aware of any corporations, unincorporated associations, partnerships or other business entities, not a party to the case, which may have a financial interest in the outcome of this case.

Dated:  September 30, 2022

Respectfully Submitted,

 /s/ Jean E. Lewis
Jean E. Lewis (Bar No. 275621)
Ezra S. Gollogly (Bar No. 28088)
Joseph Dudek (Bar No. 20261)
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
jlewis@kg-law.com
egollogly@kg-law.com
jdudek@kg-law.com

*Attorneys for Navigators Specialty Insurance Company*